```
                                                          FILED
                                                      2005 JUL 15  A 8 47
                         LODGED
RICHARD HAYNES                                        CLERK, US DISTRICT COURT
Richard Haynes & Associates, P.C.                     EASTERN DIST. OF CALIF
4300 Scotland            JUL - 8 2005                 BY_____
Houston, Texas 77007                                           DEPUTY
713-868-1111 telephone   CLERK, U.S. DISTRICT COURT
713-863-9934 facsimile   EASTERN DISTRICT OF CALIFORNIA
                         BY _____
                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. 96-5127 OWW |
| ) | CV. F. 02-6498 OWW |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION |
| ) | and ORDER |
| MARK E. CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

The parties hereto by and through their respective attorneys stipulate and agreed the following:

This court issued an order that the depositions of Bill May and Roger Litman be taken no later than February 28, 2005.

Richard Haynes and the Assistant U.S. Attorney, Mark Cullers, have been diligent in their efforts to schedule the depositions, however, Mr. May's schedule has not permitted the depositions to be completed.

Further, that Richard Haynes has been in the process of obtaining the medical records of Bill May since September 2004, and is still in the process. The medical records are imperative for Mr. Haynes to properly represent the interests of Defendant.

Richard Haynes was retained to assist Defendant in the taking of the deposition of Bill May and to complete the deposition of Roger Litman.

This request is not made for the purpose of delay, but only so that justice may be done. The parties request that the court extend the time for taking the deposition of Bill May and Roger Litman for no later than September 30, 2005.

Respectfully submitted,

RICHARD HAYNES
Richard Haynes & Associates, P.C.

MARK CULLERS
ASSISTANT U.S. ATTORNEY

## ORDER

IT IS SO ORDERED that the depositions of Bill May and Roger Litman be extended beyond February 28, 2005. It is hereby ordered that the depositions of Bill May and Roger Litman be taken no later than _____9-30-_____, 20_05_.

UNITED STATES DISTRICT JUDGE