FILED

2005 JUL 15 A 8:47

CLERK, US DISTRICT COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

LODGED

JUL -8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RICHARD HAYNES
Richard Haynes & Associates, P.C.
4300 Scotland
Houston, Texas 77007
713-868-1111 telephone
713-863-9934 facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CR. F. 96-5127 OWW
                                     )   CV. F. 02-6498 OWW
           Plaintiff,                )
                                     )
     v.                              )   STIPULATION
                                     )   and ORDER
MARK E. CRAWFORD,                    )
                                     )
           Defendant.                )
_____)

The parties hereto by and through their respective attorneys stipulate and agreed the following:

This court issued an order that the depositions of Bill May and Roger Litman be taken no later than February 28, 2005.

Richard Haynes and the Assistant U.S. Attorney, Mark Cullers, have been diligent in their efforts to schedule the depositions, however, Mr. May's schedule has not permitted the depositions to be completed.

Further, that Richard Haynes has been in the process of obtaining the medical records of Bill May since September 2004, and is still in the process. The medical records are imperative for Mr. Haynes to properly represent the interests of Defendant.

Richard Haynes was retained to assist Defendant in the taking of the deposition of Bill May and to complete the deposition of Roger Litman.

This request is not made for the purpose of delay, but only so that justice may be done. The parties request that the court extend the time for taking the deposition of Bill May and Roger Litman for no later than September 30, 2005.

Respectfully submitted,

RICHARD HAYNES
Richard Haynes & Associates, P.C.

MARK CULLERS
ASSISTANT U.S. ATTORNEY

## ORDER

IT IS SO ORDERED that the depositions of Bill May and Roger Litman be extended beyond February 28, 2005. It is hereby ordered that the depositions of Bill May and Roger Litman be taken no later than _____9 - 30 - _____, 20 05.

UNITED STATES DISTRICT JUDGE