1  STEPHEN R. KAHN  [SBN 55789]
   LAW OFFICES OF STEPHEN R. KAHN
2  433 North Camden Drive, Suite 888
   Beverly Hills, CA 90210
3
   Telephone: (310) 246-9227
4  Facsimile: (310) 246-9656
   E-Mail: srklaw1@aol.com
5
   Attorney for Defendant
6  MARK E. CRAWFORD

7

8

9

10

11

FILED
ORIGINAL
2005 OCT 20   P 2:53
CLERK, U.S. DIST. COURT
E. . . . .   CALIF
BY

LODGED
OCT 17 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT CALIFORNIA
DEPUTY CLERK

                **UNITED STATES DISTRICT COURT**

           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  UNITED STATES OF AMERICA,                )    CASE NO. CR F 96-5127 OWN
                                             )              CV F 02-6498 OWN
14                    Plaintiff,             )
                                             )    **STIPULATION AND ORDER**
15        vs.                                )    **TO EXTEND DISCOVERY**
                                             )    **COMPLETION DATE**
16  MARK E. CRAWFORD,                        )
                                             )    **[SHORTENED TIME]**
17                    Defendant.             )
18  _____ )

19              .

20        IT IS HEREBY STIPULATED by and between the parties, through their

21  respective attorneys that the date to complete discovery in the above captioned matter,

22  be, and hereby is continued to December 31, 2005.

23        This Court issued an order that the depositions of Bill May and Roger Litman be

24  taken no later than September 30, 2005.

25        All counsel have been diligent in their effort to schedule and take these

26  depositions. Counsel has made many attempts to schedule the deposition of Mr. May

27  and has been unable to do so to date. In addition, Mr. Litman underwent surgery on

28  August 30, 2005 and will be unavailable to be deposed until the beginning of October,

1  2005.  Due to the congestion of the attorneys' calendars, Mr. Litman's deposition was

2  unable to proceed prior to his surgery.

3      In addition, due to the mandatory evacuation of our co-counsel, Richard Haynes,

4  in Houston, the preparation of this Stipulation was delayed.

5      This request is not being made in an attempt to delay the prosecution of this

6  matter, but only to protect the interests of our client.  The deposition of Bill May is being

7  noticed for October 17, 2005 and the deposition of Roger Litman is being Noticed for

8  November 10, 2005.

9      WHEREFORE, the parties request that the Court extend the time for taking the

10  depositions of Bill May and Roger Litman for no later than December 31, 2005.

11

12  DATED:  September 29, 2005

13  Respectfully submitted,

14  LAW OFFICES OF STEPHEN R. KAHN

15

16  By
   STEPHEN R. KAHN

17  Attorney at Law

18  Attorney for Defendant MARK CRAWFORD

19  DATED:  September 29, 2005

20  UNITED STATES ATTORNEY

21

22  By
   MARK CULLERS

23  Assistant U.S. Attorney

24  Attorneys for Plaintiff USA

25  ///

26  ///

27  ///

28  ///

STIPULATION TO EXTEND DISCOVERY COMPLETION DATE

1  2005.  Due to the congestion of the attorneys' calendars, Mr. Litman's deposition was

2  unable to proceed prior to his surgery.

3      In addition, due to the mandatory evacuation of our co-counsel, Richard Haynes,

4  in Houston, the preparation of this Stipulation was delayed.

5      This request is not being made in an attempt to delay the prosecution of this

6  matter, but only to protect the interests of our client.  The deposition of Bill May is being

7  noticed for October 17, 2005 and the deposition of Roger Litman is being Noticed for

8  November 10, 2005.

9      WHEREFORE, the parties request that the Court extend the time for taking the

10  depositions of Bill May and Roger Litman for no later than December 31, 2005.

11

12  DATED:  September 29, 2005

13                                            Respectfully submitted,

14                                            LAW OFFICES OF STEPHEN R. KAHN

15

16                                            By
                                                  STEPHEN R. KAHN
17                                                Attorney at Law

18                                                Attorney for Defendant MARK CRAWFORD
                    Oct. 10, 2005
19  DATED:  September 29, 2005

20                                            UNITED STATES ATTORNEY

21

22                                            By
                                                  MARK CULLERS
23                                                Assistant U.S. Attorney

24                                                Attorneys for Plaintiff USA

25  ///

26  ///

27  ///

28  ///

STIPULATION TO EXTEND DISCOVERY COMPLETION DATE

2

1

## ORDER

2   IT IS SO ORDERED that the taking of the depositions of Bill May and Roger

3   Litman be extended beyond September 30, 2005 and be concluded no later than

4   December 31, 2005. *NO FURTHER CONTINUANCES.*   *Tun*

5

6   DATED: _____10- 19—_____, 2005

7                                          *Dhins Whyn*

8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DISCOVERY COMPLETION DATE

3

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years, and not a party to the within entitled action; my business address is 433 North Camden Drive, Suite 888, Beverly Hills, California 90210.

On September 30, 2005, I served the foregoing document described as **STIPULATION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE** in this action by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid as follows:

JOHN K. VINCENT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
FAX:  (559) 498-7432

Attorneys for Plaintiff

—————

RICHARD HAYNES
Attorney at Law
RICHARD HAYNES & ASSOCIATES
4300 Scotland
Houston, Texas  77007
FAX:  (713) 863-9934

I declare under penalty of perjury under the laws of the United States of America  that the foregoing is true and correct.

EXECUTED this 30th day of September, 2005 at Beverly Hills, California 90210.

LYNDA D. EIERMANN, Declarant