

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

United States of America Plaintiff(s),

v.

Mark E. Crawford

Defendant(s).

Case No. CR F 96-5127 OWW
CV F 02-6498 OWW

FILED
2005 NOV -4 AM 10:40 [illegible clerk stamp]

I, Thomas J. Henry attorney for Mark Crawford hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Law Office of Thomas J. Henry
Address: 521 Starr Street

City: Corpus Christi
State: TX    ZIP Code: 78401
Voice Phone: (361) 985-0600
FAX Phone: (361) 985-0601
Internet E-mail: thomasjhenry@yahoo.com
Additional E-mail: tjhenrylit@aol.com
I reside in City: Corpus Christi    State: TX

I was admitted to practice in the Southern District of Texas (court) on 1990 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | STEPHEN R. KAHN |
| Firm Name: | LAW OFFICES OF STEPHEN R. KAHN |
| Address: | 433 N. Camden Drive, Suite 888 |
| City: | Beverly Hills |
| State: | CA   ZIP Code: 90210 |
| Voice Phone: | ( 310 ) 246-9227 |
| FAX Phone: | ( 310 ) 246-9656 |
| E-mail: | srklaw1@aol.com |

Dated: 11-2-05   Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 11-4-05

_____
JUDGE, U.S. DISTRICT COURT

Save As   Print

2