STEPHEN R. KAHN  [SBN 55789]
LAW OFFICES OF STEPHEN R. KAHN
433 North Camden Drive, Suite 888
Beverly Hills, CA 90210

Telephone:  (310) 246-9227
Facsimile:  (310) 246-9656
E-Mail:  srklaw1@aol.com

RICHARD RACEHORSE HAYNES
TX Bar No. 09287000
(Admitted pro hac vice)
LAW OFFICES OF RICHARD RACEHORSE HAYNES
4300 Scotland Street
Houston, TX  77007
Telephone:  (713) 868-1111

THOMAS J. HENRY
TX Bar No. 09484210
(Admitted pro hac vice)
521 Starr Street
Corpus Christi, TX  78401
Telephone:  (361) 985-0600

WILLIAM CHRISTIAN
TX Bar No. 00793505
(Admitted pro hac vice)
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, TX  78701
(512) 480-5600

Attorneys for Defendant
MARK E. CRAWFORD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     vs.<br><br>MARK E. CRAWFORD,<br><br>            Defendant. | CASE NO. CR F 96-5127 OWN<br>              CV F 02-6498 OWN<br><br>**STIPULATION AND ORDER TO EXTEND DATE TO FILE MARK CRAWFORD'S REPLY BRIEF [SHORTENED TIME]** |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**

1     IT IS HEREBY STIPULATED by and between the parties, that defendant MARK
2 CRAWFORD'S Reply Brief in Support of 2255 Petition will be due on August 28, 2006.

4 DATED:  August 21, 2006

5                         Respectfully submitted,

6                         LAW OFFICES OF STEPHEN R. KAHN
                        LAW OFFICES OF RICHARD RACEHORSE
7                            HAYNES
                        LAW OFFICES OF THOMAS J. HENRY
8                         GRAVES, DOUGHERTY, HEARON & MOODY

10                             /S/STEPHEN R. KAHN
                     By_____
11                         STEPHEN R. KAHN
                        Attorney at Law
12
                        Attorneys for Defendant MARK CRAWFORD
13 DATED:  August ___, 2006

15                         UNITED STATES ATTORNEY

16                             /S/MARK CULLERS
                     By_____
17                         MARK CULLERS
                        Assistant U.S. Attorney
18
                        Attorneys for Plaintiff USA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**

**ORDER**

IT IS SO ORDERED that MARK CRAWFORD'S Reply Brief in Support of 2255 Petition will now be due on August 28, 2006.

DATED: August _____, 2006

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

　　　　I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years, and not a party to the within entitled action; my business address is 433 North Camden Drive, Suite 888, Beverly Hills, California 90210.

　　　　On August 21, 2006, I served the foregoing document described as **STIPULATION AND ORDER TO EXTEND DATE TO FILE MARK CRAWFORD'S REPLY BRIEF** in this action by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid as follows:

JOHN K. VINCENT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
FAX:  (559) 498-7432

Attorneys for Plaintiff
_____

RICHARD RACEHORSE HAYNES
TX Bar No. 09287000
(Admitted pro hac vice)
LAW OFFICES OF RICHARD RACEHORSE HAYNES
4300 Scotland Street
Houston, TX  77007
Telephone:  (713) 868-1111

THOMAS J. HENRY
TX Bar No. 09484210
(Admitted pro hac vice)
521 Starr Street
Corpus Christi, TX  78401
Telephone:  (361) 985-0600

WILLIAM CHRISTIAN
TX Bar No. 00793505
(Admitted pro hac vice)
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, TX  78701
(512) 480-5600

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**

JACK B. ZIMMERMAN, ESQUIRE
ZIMMERMAN & LAVINE, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas   77056
Telephone:  (713) 552-0300
Fax:  (713) 552-0846

Attorneys for Defendant CRAWFORD

Robert Alexander
Hoover Bax and Slovacek
5847 San Felipe, Suite 2200
Houston, TX   77057

Michael A. Corfield
NIles Corfield and Hyland
703 Palomar Airport Road
Suite 225
Carlsbad, CA   92009-1049

Charles E. Norton
Kim J. Seter
Icenogle Norton and Seter PC
5690 DTC Boulevard
Suite 300
Greenwood Village, CO   80111-3232

Victor A. Segovia
Wells Fargo Bank National Association
633 Folsom Street
Seventh Floor
San Francisco, CA   94107

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    EXECUTED this 21st day of August, 2006 at Beverly Hills, California 90210.

                                            LYNDA D. EIERMANN, Declarant

IT IS SO ORDERED.

**Dated:   August 22, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**