FILED
SEP 0 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FILED
2006
US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States

Plaintiff(s),

v.

Mark E. Crawford

Defendant(s).

Case No. CR-F-96-5127 OWW
~~CR-F-02-5495-OWW~~

I, Jack B. Zimmermann,

attorney for Mark E. Crawford,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Zimmermann & Lavine, P.C. |
| Address: | 770 South Post Oak Lane |
| | Suite 620 |
| City: | Houston |
| State: | Texas     ZIP Code: 77056 |
| Voice Phone: | ( 713 ) 552-0300 |
| FAX Phone: | ( 713 ) 552-0746 |
| Internet E-mail: | jbzlaw@swbell.net |
| Additional E-mail: | |
| I reside in City: | Houston     State: Texas |

I was admitted to practice in the Supreme Court of Texas (court) on October 21, 1975 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Stephen R. Kahn |
| Firm Name: | Law Offices of Stephen R. Kahn |
| Address: | 433 North Camden Drive |
| | Suite 888 |
| City: | Beverly Hills |
| State: | California    ZIP Code: 90201 |
| Voice Phone: | ( 310 ) 246-9227 |
| FAX Phone: | ( 310 ) 246-9656 |
| E-mail: | srklaw7@sbcglobal.net |

Dated: August 17, 2006    Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: 9-7-06

_[signature]_
JUDGE, U.S. DISTRICT COURT

Save As    Print