FILED

MAR 05 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | 1:02-CV-06498 OWW<br>1:96-CR-05127 OWW |
|---|---|
| Plaintiff, | ORDER RE RECEIPT AND DOCKETING OF CJA FORMS 20 PRODUCED BY THE CJA PANEL ADMINISTRATOR. |
| v. | |
| Mark Crawford, | |
| Defendant. | |

In compliance with this court's February 22, 2009 order, Doc. 932, the Criminal Justice Act ("CJA") Panel Administrator produced to the Clerk of Court three CJA Forms, dated September 30, 1998, January 23, 1999, and September 22, 1999, submitted by Bill May for reimbursement of fees and expenses incurred in connection with May's defense of habeas corpus petitioner Mark Crawford.

Disclosure of information pertaining to fees paid out under the CJA are governed by Title 18 of the United States Code, section 3006A(d)(4), which provides, in pertinent part:

> (A) In general.--Subject to subparagraphs (B) through (E), the amounts paid under this subsection for services in any case shall be made available to the public by the court upon the court's approval of the payment.

1

\*\*\*

(C) Trial completed.--

    (i) In general.--If a request for payment is not submitted until after the completion of the trial and subject to consideration of the defendant's interests as set forth in subparagraph (D), the court shall make available to the public an unredacted copy of the expense voucher.

    (ii) Protection of the rights of the defendant.--If the court determines that defendant's interests as set forth in subparagraph (D) require a limited disclosure, the court shall disclose amounts as provided in subparagraph (B).

(D) Considerations.--The interests referred to in subparagraphs (B) and (C) are--
(i) to protect any person's 5th amendment right against self-incrimination;

    (ii) to protect the defendant's 6th amendment rights to effective assistance of counsel;

    (iii) the defendant's attorney-client privilege;

    (iv) the work product privilege of the defendant's counsel;

    (v) the safety of any person; and

    (vi) any other interest that justice may require, except that the amount of the fees shall not be considered a reason justifying any limited disclosure under section 3006A(d)(4) of title 18, United States Code.

(E) Notice.--The court shall provide reasonable notice of disclosure to the counsel of the defendant prior to the approval of the payments in order to allow the counsel to request redaction based on the considerations set forth in subparagraph (D). Upon completion of the trial, the court shall release unredacted copies of the vouchers provided by defense counsel to justify the expenses to the court. If there is an appeal, the court shall not release unredacted copies of the vouchers provided by defense counsel to justify the expenses to the court until such time as the appeals process is completed, unless the court determines that none of the defendant's interests set forth in subparagraph (D) will be compromised.

\*\*\*

1  　　There does not appear to be any reason to believe that the
2  three CJA forms implicate any of the considerations listed in
3  section 3006A(d)(4) that might warrant redaction and/or
4  withholding.  Accordingly, the Clerk of Court shall docket the
5  three documents as attachments to this order.  The parties will
6  be deemed to have received the documents on the date of
7  electronic service.
8
9  SO ORDERED
10 Dated:  March 5, 2009
11
12 　　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　Oliver W. Wanger
13 　　　　　　　　　　　　　　　　　　United States District Judge

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev. 4/96)   P98-0077

| | |
|---|---|
| 1. JURISDICTION<br>1 ☐ MAG.  2 ☒ DIST.  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. DOCKET NO. / DIST. DOCKET NO.<br>CR-F-96-5127 OWW |  VOUCHER NO. 1003233 |
| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) Eastern/CA | 6. LOC. CODE CAEFS | 7. CHARGE/OFFENSE 18 USC:1513(a)(1)(B) and 2 | 7A. CASE CODE 01 |
| 8. IN THE CASE OF United States vs Mark E. Crawford | 9. PERSON REPRESENTED (FULL NAME) Mark E. Crawford | 9A. NO. REPRES. 1 |
| 10. PERSON REPRESENTED (STATUS)<br>1 ☒ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER<br>2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE | 11. PROCEEDINGS (Describe briefly)<br>Criminal prosecution; all proceedings |
| 12. PAYMENT CATEGORY<br>A ☒ FELONY  C ☐ PETTY OFFENSE  E ☐ OTHER<br>B ☐ MISDEMEANOR  D ☐ APPEAL | |

13. COURT ORDER — appointed as lead counsel per order
O ☒ Appointing Counsel   F ☐ Subs. for FD
C ☐ Co-Counsel            R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____
Name of prior panel attorney
Appt. Date _____ Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ [signature]
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ 3-11-98            ▶ 3-2-98
Date of Order         Nunc Pro Tunc Date

14. FULL NAME OF ATTORNEY/PAYEE
Bill May
6000 S. Staples, Suite 404
Corpus Christi, Texas 78413

15. WORK PHONE (512) 994-0322

16. Preexisting agreement? ☐ Yes ☒ No

16B. SOCIAL SECURITY NO. 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
16C. EMPLOYER I.D. NO.
16D. NAME AND MAILING ADDRESS OF LAW FIRM

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour... |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | 1 hrs | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | 3 hrs | 03-17-98, 10-1-98, 9-10-98 | |
| | d. Trial | | | |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = $75.00) TOTAL HOURS = | 4.00 | | $300.00 |
| 18. OUT OF COURT | a. Interviews and conferences | 15.0 | | |
| | b. Obtaining and reviewing records | 242.0 | | |
| | c. Legal research and brief writing | 52.00 | | |
| | d. Travel time | 61.00 | | |
| | e. Investigative and other work | 2.00 | | |
| | (Rate per hour = $75.00) TOTAL HOURS = | 372.0 | | $28,950.00 |
| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT |
| | Hotel and Meals | 577.00 / 64.43 | Federal Express / Phone | $207.50 / 18.83 |
| 19A. TOTAL TRAVEL EXP. $641.43 | | | | |
| 19B. TOTAL OTHER EXP. $226.33 | | | | |
| 20. GRAND TOTAL CLAIMED $29,449.03 | | | | |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD  3-17-98  TO  9-30-98

F ☐ Final Payment   I ☒ Interim Payment No. 1   Has compensation... previously been applied for? ☐ YES ☒ NO

▶ [signature]  ▶ 9-30-98
SIGNATURE OF ATTORNEY/PAYEE   DATE

| 22. IN COURT COMP. $300.00 | 23. OUT OF COURT COMP. $27,900— | 24. TRAVEL EXPENSE $641.43 | 25. OTHER EXPENSES $226.33 | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER  [signature]   DATE 10-27-98   27A. JUDGE/MAG. CODE 7214

28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) [signature Mary M Schroeder]   DATE 11-6-98   29. TOTAL AMT. APPROVED

COPY 1 - RETAINED BY FINANCIAL DEPUTY CLERK

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev. 4/96)   P98-0077

Case 1:96-cr-05127-AWI   Document 934   Filed 03/05/09   Page 5 of 6

| | | | | | VOUCHER NO. 1003298 |
|---|---|---|---|---|---|
| 1. JURISDICTION<br>1 ☐ MAG. 2 ☒ DIST. 4 ☐ OTHER | APPEALS | 2. MAG. DOCKET NO. | 3. DIST. DOCKET NO.<br>CR-F-96-5127 OWW | | |
| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT)<br>Eastern/CA | 6. LOC. CODE<br>CAEFS | 7. CHARGE/OFFENSE (U.S. or other code citation)<br>18 USC:1513(a)(1)(B) | | 7A. CASE CODE<br>2  01 |
| 8. IN THE CASE OF<br>United States vs Mark E. Crawford | | | 9. PERSON REPRESENTED (FULL NAME)<br>Mark E. Crawford | | 9A. NO. REPRES.<br>1 |
| 10. PERSON REPRESENTED (STATUS)<br>1 ☒ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER<br>2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE | | | 11. PROCEEDINGS (Describe briefly)<br>Criminal prosecution; all proceedings<br>SUPPLEMENTAL VOUCHER | | |
| 12. PAYMENT CATEGORY<br>A ☒ FELONY  C ☐ PETTY OFFENSE  E ☐ OTHER<br>B ☐ MISDEMEANOR  D ☐ APPEAL | | | | | |

13. COURT ORDER  appointed as lead counsel per order
O ☒ Appointing Counsel   F ☐ Subs. for FD
C ☐ Co-Counsel           R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____
         Name of prior panel attorney
Appt. Date _____ Voucher No. _____

14. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
Bill May
6000 S. Staples, Ste. 404
Corpus Christi, Tx. 78413

15. WORK PHONE (512) 894-0322

16A. Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?  ☐ Yes  ☐ No

16B. SOCIAL SECURITY NO. 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
16C. EMPLOYER I.D. NO.
16D. NAME AND MAILING ADDRESS OF LAW FIRM

/s/ Oliver W. Wanger
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)
▶ 3-11-98  Date of Order      ▶ 3-2-98  Nunc Pro Tunc Date

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour times total hours to obtain "In Court" compensation. |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | 8.00 | 10-19-98 & 10-20-98 | Enter total below. |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = $75.00) TOTAL HOURS = | 8.00 | | $600.00 |
| 18. OUT OF COURT | a. Interviews and conferences | ~~10.00~~ 9.5 | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | 40.00 | | |
| | c. Legal research and brief writing | 56.00 | | |
| | d. Travel time (Specify on additional sheets) | 15.00 | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | 2.30 | | |
| | (Rate per hour = $75.00) TOTAL HOURS = | 122.30 | | $9,262.50 |
| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES  AMOUNT | 19A. TOTAL TRAVEL EXP. $168.00 208 |
| | Hotel & Meals (Oct. 19 & 20, 1998) | ~~158.00~~ 208.00 | | 19B. TOTAL OTHER EXP. |
| | | | | 20. GRAND TOTAL CLAIMED $10,033.00 |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD  10-1-98  TO  1-14-99

F ☐ Final Payment   I ☒ Interim Payment No. 2   Has compensation and/or reimbursement for work in this case previously been applied for?  ☒ YES  ☐ NO
If yes, were you paid?  ☒ YES  ☐ NO   If yes, by whom where you paid? U.S. Gov't  How much? $9,067.76  Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation?  ☐ YES  ☒ NO
If yes, give details on additional sheets. _____
I swear or affirm the truth or correctness of the above statements ▶ /s/ Bill May  SIGNATURE OF ATTORNEY/PAYEE   ▶ 1-22-99 DATE

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $600.00 | $9,225.00 | $208.00 | $ | $10,033.00 |

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE  3-16-99   27A. JUDGE/MAG. CODE 7214
28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) /s/ Mary M Schroeder   DATE 3/31/99   29. TOTAL AMT. APPROVED $10,033.00

22 APR 1999   COPY RECEIVED BY FINANCIAL DEPUTY CLERK

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev. 4/96)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| | Mark E. Crawford | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR-F-96-5127 OWW | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States vs Mark E. Crawford | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED: 18 USC:1513(a)(1)(B) & 2

12. ATTORNEY'S NAME and MAILING ADDRESS:
Bill May
6000 S. Staples, Ste. 404
Corpus Christi, TX 78413

13. COURT ORDER
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney

/s/ Oliver W. Wanger
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order: 3-11-98    Nunc Pro Tunc Date: 3-2-98

14. WORK PHONE: (512) 894-0322

## CLAIM FOR SERVICES AND EXPENSES

### IN COURT

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED |
|---|---|---|
| a. Arraignment and/or Plea | | |
| b. Bail and Detention Hearings | | |
| c. Motions Hearings | | |
| d. Trial | 149 | |
| e. Sentence Hearings | | |
| f. Revocation Hearings | | |
| g. Appeals Court | | |
| h. Other (Specify on additional sheets) | | |
| (Rate per hour = $75.00) TOTAL HOURS = 149 | | $11,175.00 |

### OUT OF COURT

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED |
|---|---|---|
| a. Interviews and conferences | 12 | |
| b. Obtaining and reviewing records | 489 | |
| c. Legal research and brief writing | 39 | |
| d. Travel time | 56 | |
| e. Investigative and other work | | |
| (Rate per hour = $75.00) TOTAL HOURS = 596 | | $44,700.00 |

### 19. TRAVEL, LODGING, MEALS, ETC.

| | AMOUNT | OTHER EXPENSES | AMOUNT |
|---|---|---|---|
| Lodging (53 days x $91) | 4,823.00 | Telephone calls | $1,466.64 |

19A. TOTAL TRAVEL EXP: $4,823.00
19B. TOTAL OTHER EXP: $1,466.64
20. GRAND TOTAL CLAIMED: $62,164.64

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD: 1-15-99 TO 8-10-99

Interim Payment No. 3
Has compensation and/or reimbursement for work in this case previously been applied for? [X] YES
If yes, were you paid? [X] YES   By whom: Govt   How much? $44,471.56

Signature of Attorney/Payee: Bill May   Date: 9/22/99

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $11,175.00 | $44,700.00 | $4,823.00 | $1,466.64 | |

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE: 11-30-99   27A. JUDGE/MAG. CODE: 7214

28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)   DATE   29. TOTAL AMT. APPROVED