

FILED
MAR 2 5 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA,

vs.

MARK CRAWFORD,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:96-CR-5127 OWW
1:02-CV-6498 OWW-HCHC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

  X   Denied for the following reason:

Pursuant to the provisions of 18 U.S.C. Section 2253(a) and (c)(1)(B) and for all the reasons stated in the Memorandum and Decision Denying the Section 2255 petition, jurists of reason could not disagree with the resolution of Petitioner's Constitutional claims or that the issues presented are adequate deserving encouragement to proceed further. Miller-EL v. Cockrell, 123 S.Ct. 1029, 1039 (2003). The application for Certification of Appealability is DENIED.

Dated: March 24, 2010.

_____
OLIVER W. WANGER
United States District Judge